DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Howell<br><br>Case below:<br>176 N.C. App. 191 | No. 542P06 | Defendant-Appellant's "Petition for Discretionary Review" (COA05-189) | Denied<br>11/16/06 |
| State v. Inman<br><br>Case below:<br>174 N.C. App. 567 | No. 709P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-150) | Denied<br>11/16/06 |
| State v. King<br><br>Case below:<br>178 N.C. App. 393 | No. 409P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-1447) | Denied<br>10/05/06 |
| State v. Kirby<br><br>Case below:<br>178 N.C. App. 742 | No. 475P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-1179) | Denied<br>10/05/06 |
| State v. Lowery<br><br>Case below:<br>178 N.C. App. 563 | No. 425P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-1150) | Denied<br>10/05/06 |
| State v. Mewborn<br><br>Case below:<br>178 N.C. App. 281 | No. 380P06 | 1. Def's NOA Based Upon a Constitutional Question (COA05-1127)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed<br>10/05/06<br><br>3. Denied<br>10/05/06 |
| State v. Morrison<br><br>Case below:<br>156 N.C. App. 217 | No. 400P06 | Def's PWC to Review the Decision of the COA (COA02-57) | Dismissed<br>10/05/06 |
| State v. Moses<br><br>Case below:<br>Forsyth County<br>Superior Court | No. 574A97-4 | Def's Petition for Writ of Certiorari (Forsyth County Superior Court) | Denied<br>11/16/06 |
| State v. Moss<br><br>Case below:<br>178 N.C. App. 393 | No. 421P06 | 1. Def's NOA Based Upon a Constitutional Question (COA05-1281)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed<br>10/05/06<br><br>3. Denied<br>10/05/06 |
| State v. Myers<br><br>Case below:<br>179 N.C. App. ——<br>(5 Spetember 2006) | No. 519P06 | Def's Motion for "Letter of Request to Review N.C. Court of Appeals Opinion" No. (COA05-1432) | Denied<br>10/05/06 |